Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Besser, Michael Aaron** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Besser, Anna** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Anna Gologorsky** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-4920** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-7712** |
| Street Address of Debtor (No. and Street, City, and State):<br>**593 W. Galeton Dr.**<br>**Round Lake, IL**<br>                                           ZIP Code **60073** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**593 W. Galeton Dr.**<br>**Round Lake, IL**<br>                                           ZIP Code **60073** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>                                           ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>                                           ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>□ Other | ■ Chapter 7        □ Chapter 15 Petition for Recognition<br>□ Chapter 9             of a Foreign Main Proceeding<br>□ Chapter 11<br>□ Chapter 12       □ Chapter 15 Petition for Recognition<br>□ Chapter 13             of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,        □ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as                business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| □ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | □ | □ | □ | □ | □ | □ | □ | □ | □ |

Estimated Assets

| □ $0 to<br>$10,000 | ■ $10,001 to<br>$100,000 | □ $100,001 to<br>$1 million | □ $1,000,001 to<br>$100 million | □ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| □ $0 to<br>$50,000 | □ $50,001 to<br>$100,000 | ■ $100,001 to<br>$1 million | □ $1,000,001 to<br>$100 million | □ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                    FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Besser, Michael Aaron**<br>**Besser, Anna** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  */s/ Michael L. Ralph*          **April 23, 2007**<br>    Signature of Attorney for Debtor(s)          (Date)<br>    **Michael L. Ralph 2279304** |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Statement by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                 FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Besser, Michael Aaron**<br>**Besser, Anna** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _/s/ Michael Aaron Besser_
Signature of Debtor **Michael Aaron Besser**

X  _/s/ Anna Besser_
Signature of Joint Debtor **Anna Besser**

_____
Telephone Number (If not represented by attorney)

**April 23, 2007**
Date

### Signature of Attorney

X  _/s/ Michael L. Ralph_
Signature of Attorney for Debtor(s)

**Michael L. Ralph 2279304**
Printed Name of Attorney for Debtor(s)

**Richards, Ralph & Schwab, Chartered**
Firm Name

**175 East Hawthorn Parkway**
**Vernon Hills, IL 60061**

Address

**847-367-9699  Fax: 847-367-9621**
Telephone Number

**April 23, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X  _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Aaron Besser**
**Anna Besser**                 Case No. _____
                              Debtor(s)       Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Michael Aaron Besser**
                       **Michael Aaron Besser**

Date:   **April 23, 2007**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Aaron Besser**
**Anna Besser**
_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☐ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]_ ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Anna Besser
                       Anna Besser

Date:   April 23, 2007

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Aaron Besser,**
        **Anna Besser**

                                                                 ,
                                        Debtors

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 60,990.63 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 32,397.02 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 196.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 198,583.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,135.92 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,755.20 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 60,990.63 | | |
| Total Liabilities | | | | 231,176.75 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Aaron Besser,**
       **Anna Besser**

Case No. _____

_____,

Debtors

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 196.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 196.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,135.92 |
| Average Expenses (from Schedule J, Line 18) | 7,755.20 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,981.89 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,892.02 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 196.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 198,583.73 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 203,475.75 |

Form B6A
(10/05)

In re   **Michael Aaron Besser,**                                          Case No. _____
        **Anna Besser**
                                                    ,
                            Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |
|  | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6B
(10/05)

In re    **Michael Aaron Besser,**                                           Case No. _____
          **Anna Besser**

_____ ,
Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Centris Federal Credit Union Omaha, NE Checking Account 4052464** | J | 300.00 |
| | | | **Savings Account Centris Federal Credit Union Omaha, NE #1187221** | J | 20.00 |
| | | | **Savings Account Pentagon Federal Credit Union 2541807 and 2319032** | J | 20.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Residential Lease Security Deposit Vladimir Gordin 2867 Crabtree Lane Northbrook, IL  60062** | J | 1,750.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **13" color television** | J | 50.00 |
| | | | **DVD Player in office** | J | 25.00 |
| | | | **Nightstand in office** | J | 15.00 |
| | | | **Bookshelf in office** | J | 15.00 |
| | | | **Loveseat in office** | J | 100.00 |
| | | | **Futon in office** | J | 95.00 |
| | | | **End table in office** | J | 25.00 |
| | | | **Lamp in office** | J | 10.00 |
| | | | **Breakfast table with 6 chairs in kitchen** | J | 400.00 |
| | | | **25.6 refrigerator in kitchen** | J | 700.00 |

Sub-Total >        **3,525.00**
(Total of this page)

__5__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

Form B6B
(10/05)

In re   **Michael Aaron Besser,**                                                          Case No. _____
      **Anna Besser,**

_____,
                        Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dining table with 8 chairs in dining room | J | 700.00 |
| | | China cabinet in dining room | J | 550.00 |
| | | Buffet in dining room | J | 300.00 |
| | | 4 piece sectional in living room | J | 750.00 |
| | | 36" color television in living room | J | 250.00 |
| | | DVD player in living room | J | 40.00 |
| | | TV stand in living room | J | 40.00 |
| | | Audio cabinet in living room | J | 40.00 |
| | | Radio with CD player and speakers in living room | J | 40.00 |
| | | Lamp in living room | J | 10.00 |
| | | King size bed with frame and headboard in master bedroom | J | 800.00 |
| | | 2 nightstands in master bedroom | J | 60.00 |
| | | 2 night lamps in master bedroom | J | 30.00 |
| | | Armoire in master bedroom | J | 300.00 |
| | | Half couch in master bedroom | J | 200.00 |
| | | Dresser in master bedroom | J | 400.00 |
| | | Entertainment center in master bedroom | J | 500.00 |
| | | 25" color television in master bedroom | J | 150.00 |
| | | DVD player in master bedroom | J | 40.00 |
| | | Lamp in master bedroom | J | 10.00 |
| | | Crib in child's room | J | 300.00 |
| | | Lazyboy chair in child's room | J | 100.00 |
| | | Bookshelf/changing table/dresser unit in child's room | J | 250.00 |

Sub-Total >          **5,860.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6B
(10/05)

In re    **Michael Aaron Besser,**
          **Anna Besser,**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Twin bed with headboard bookshelf in child's room | J | 250.00 |
| | | Dresser in child's room | J | 125.00 |
| | | Nightstand in child's room | J | 30.00 |
| | | Full daybed in bedroom #3 | J | 300.00 |
| | | Dresser in bedroom #3 | J | 75.00 |
| | | 19" color television in loft. | J | 100.00 |
| | | DVD player in loft. | J | 40.00 |
| | | VCR in loft. | J | 10.00 |
| | | Sofa in loft. | J | 250.00 |
| | | Chair in loft. | J | 75.00 |
| | | Front load washing machine and dryer. | J | 600.00 |
| | | Lawnmower | J | 200.00 |
| | | Snow thrower | J | 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 7 pieces of art with an average price of $70.00 | J | 490.00 |
| | | DVD's, Compact Discs and collectibles | J | 2,500.00 |
| 6. Wearing apparel. | | Mens and women's clothing. | J | 3,000.00 |
| 7. Furs and jewelry. | | Engagement and Wedding Ring | W | 9,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Video Camera | J | 250.00 |
| | | Digital Camera | J | 100.00 |
| | | Treadmill | J | 600.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **18,195.00**
(Total of this page)

Sheet   **2**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re   **Michael Aaron Besser,**                                      Case No. _____
           **Anna Besser**

_____,
                    Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | **Franklin Templeton 529 College Savings Plan** **For the Benefit of Mirium A. Besser** **0000932160** **Balance listed is as of 12/31/06** | - | 1,041.45 |
| | | **FT 529 College Savings Plan** **For the Benefit of Robert D. Besser** **Account #0000932152** **Balance as of December 31, 2006** | - | 974.18 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Anna Besser 401(k) Plan** **Ameriprise financial** | W | 3,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                 **5,015.63**
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Michael Aaron Besser,**
      **Anna Besser**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Mercury Monterey Minivan 51000 miles**<br><br>**Kelley Blue Book Trade-In Value 8,950.00 Kelley Blue Book SRV $13,290.00** | J | 13,290.00 |
| | | **2002 Toyota RAV4 54000 miles**<br><br>**Kelley Blue Book Trade-In Value $9125.00 Kelley  Blue Book SRV - $14,215.00** | J | 14,215.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Dell Computer** | J | 300.00 |
| | | **Printer** | J | 40.00 |
| | | **Computer Monitor** | J | 50.00 |
| | | **Laptop computer** | J | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >    28,395.00
(Total of this page)

Sheet ___4___ of ___5___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re    **Michael Aaron Besser,**                                        Case No. _____
         **Anna Besser**

_____ ,
                              Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **60,990.63** |

Sheet  __5__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6C
(4/07)

In re   **Michael Aaron Besser,**                                      Case No. _____
           **Anna Besser**

_____,
                                     Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Centris Federal Credit Union Omaha, NE Checking Account 4052464** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Savings Account Centris Federal Credit Union Omaha, NE #1187221** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Savings Account Pentagon Federal Credit Union 2541807 and 2319032** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Household Goods and Furnishings** | | | |
| **25.6 refrigerator in kitchen** | **735 ILCS 5/12-1001(b)** | **700.00** | **700.00** |
| **4 piece sectional in living room** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **36" color television in living room** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **DVD player in living room** | **735 ILCS 5/12-1001(b)** | **40.00** | **40.00** |
| **TV stand in living room** | **735 ILCS 5/12-1001(b)** | **40.00** | **40.00** |
| **Radio with CD player and speakers in living room** | **735 ILCS 5/12-1001(b)** | **40.00** | **40.00** |
| **Lamp in living room** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **King size bed with frame and headboard in master bedroom** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |
| **2 nightstands in master bedroom** | **735 ILCS 5/12-1001(b)** | **60.00** | **60.00** |
| **2 night lamps in master bedroom** | **735 ILCS 5/12-1001(b)** | **30.00** | **30.00** |
| **Armoire in master bedroom** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Dresser in master bedroom** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **25" color television in master bedroom** | **735 ILCS 5/12-1001(b)** | **100.00** | **150.00** |
| **DVD player in master bedroom** | **735 ILCS 5/12-1001(b)** | **40.00** | **40.00** |
| **Lamp in master bedroom** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Crib in child's room** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Lazyboy chair in child's room** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6C
(4/07)

In re    **Michael Aaron Besser,**                                    Case No. _____
**Anna Besser**

_____,
Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Bookshelf/changing table/dresser unit in child's room** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Twin bed with headbord bookshelf in child's room** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Dresser in child's room** | **735 ILCS 5/12-1001(b)** | **125.00** | **125.00** |
| **Nightstand in child's room** | **735 ILCS 5/12-1001(b)** | **30.00** | **30.00** |
| **Front load washing machine and dryer.** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **Furs and Jewelry** | | | |
| **Engagement and Wedding Ring** | **735 ILCS 5/12-1001(b)** | **2,085.00** | **9,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Video Camera** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Digital Camera** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Anna Besser 401(k) Plan Ameriprise financial** | **735 ILCS 5/12-1006** | **3,000.00** | **3,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Mercury Monterey Minivan 51000 miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **13,290.00** |
| **Kelley Blue Book Trade-In Value 8,950.00 Kelley Blue Book SRV $13,290.00** | | | |
| **2002 Toyota RAV4 54000 miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **14,215.00** |
| **Kelley Blue Book Trade-In Value $9125.00 Kelley  Blue Book SRV - $14,215.00** | | | |

|  | Total: | **15,800.00** | **45,470.00** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re    **Michael Aaron Besser,**
**Anna Besser**

Case No. _____

_____ ,
Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. **25715510-81-1** | | | | Purchase Money Security Interest | | | | | |
| **Pentagon Federal Credit Union** **P.O. Box 1432** **Alexandria, VA 22314** | | | J | **2002 Toyota RAV4** **54000 miles** **Kelley Blue Book Trade-In Value** **$9125.00** **Kelley Blue Book SRV - $14,215.00** | | | | | |
| | | | | Value $              14,215.00 | | | | 16,009.88 | 1,794.88 |
| Account No. **5880043170** | | | | Purchase Money Security Interest | | | | | |
| **WFS Financial** **P.O. Box 25341** **Santa Ana, CA 92799** | | | J | **2004 Mercury Monterey Minivan** **51000 miles** **Kelley Blue Book Trade-In Value** **8,950.00** **Kelley Blue Book SRV $13,290.00** | | | | | |
| | | | | Value $              13,290.00 | | | | 16,387.14 | 3,097.14 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
| --- | --- | --- |
| __0__ continuation sheets attached | Subtotal (Total of this page) | 32,397.02 | 4,892.02 |
| | Total (Report on Summary of Schedules) | 32,397.02 | 4,892.02 |

Official Form 6E (4/07)

In re  **Michael Aaron Besser,**  Case No. _____
      **Anna Besser**

                                                   Debtors            ,

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        **1**     continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re   **Michael Aaron Besser,**
**Anna Besser**

Case No. _____

_____,
Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 12-31-06 | | | | | |
| **Nebraska Department of Revenue** **Nebraska State Office Building** **1313 Farnam-on-the-Mall** **Omaha, NE 68102** | | J | **2006 State Income Taxes** | | | | | 0.00 |
| | | | | | | | 196.00 | 196.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 196.00 | 196.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 196.00 | 196.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Official Form 6F (10/06)

In re    **Michael Aaron Besser,**                  Case No. _____

           **Anna Besser**

                                       Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ameriprise**<br>**8700 W. Bryn Mawr Ave.**<br>**Suite 1000N**<br>**Chicago, IL 60631** | | W | **401(k) Loan** | | | | **3,400.00** |
| Account No.<br><br>**Associated Pediatrics**<br>**1310 Shermer Road**<br>**Northbrook, IL 60062** | | J | **Children's medical** | | | | **231.14** |
| Account No. **4305-5003-8103-2484**<br><br>**Bank of America**<br>**P.O. Box 37271**<br>**Baltimore, MD 21297** | | H | **2003-2007**<br>**Credit Card** | | | | **14,811.05** |
| Account No.<br><br>**Representing:**<br>**Bank of America** | | | **Bank of America**<br>**P.O. Box 2463**<br>**Spokane, WA 99210** | | | | |

  __13__   continuation sheets attached

Subtotal     **18,442.19**
(Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 S/N:31036-070402    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Michael Aaron Besser,**
      **Anna Besser**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Representing:**<br>**Bank of America** | | | | **Bank of America**<br>**P.O. Box 15480**<br>**Wilmington, DE 19850** | | | | |
| Account No.<br>**Representing:**<br>**Bank of America** | | | | **Bank of America**<br>**P.O. Box 53101**<br>**Phoenix, AZ 85072** | | | | |
| Account No. **4427-1000-4294-9037**<br>**Bank of America**<br>**P.O. Box 37279**<br>**Baltimore, MD 21297** | | W | | **2005-2007**<br>**Credit Card** | | | | **12,133.90** |
| Account No.<br>**Representing:**<br>**Bank of America** | | | | **Bank of America**<br>**P.O. Box 2463**<br>**Spokane, WA 99210** | | | | |
| Account No.<br>**Representing:**<br>**Bank of America** | | | | **Bank of America**<br>**P.O. Box 15480**<br>**Wilmington, DE 19850** | | | | |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,133.90**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Michael Aaron Besser,**
       **Anna Besser**                                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Representing:** <br>**Bank of America** | | | | **Bank of America** <br>**P.O. Box 53101** <br>**Phoenix, AZ 85072** | | | | |
| Account No. **4319-0410-2570-3689** <br><br>**Bank of America** <br>**P.O. Box 17322** <br>**Baltimore, MD 21297** | | H | | **2004-2007** <br>**Credit Card** | | | | **3,483.82** |
| Account No. <br><br>**Representing:** <br>**Bank of America** | | | | **Bank of America** <br>**P.O. Box 2463** <br>**Spokane, WA 99210** | | | | |
| Account No. <br><br>**Representing:** <br>**Bank of America** | | | | **Bank of America** <br>**P.O. Box 15480** <br>**Wilmington, DE 19850** | | | | |
| Account No. <br><br>**Representing:** <br>**Bank of America** | | | | **Bank of America** <br>**P.O. Box 53101** <br>**Phoenix, AZ 85072** | | | | |

Sheet no. __**2**___ of __**13**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **3,483.82**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Michael Aaron Besser,**         Case No. _____
         **Anna Besser**

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5490-3330-4306-2968** <br><br> **Bank of America** <br> **P.O. Box 15726** <br> **Wilmington, DE 19886** | | H | Credit Card | | | | **9,225.54** |
| Account No. <br><br> **Representing:** <br> **Bank of America** | | | **Bank of America** <br> **P.O. Box 2463** <br> **Spokane, WA 99210** | | | | |
| Account No. <br><br> **Representing:** <br> **Bank of America** | | | **Bank of America** <br> **P.O. Box 15480** <br> **Wilmington, DE 19850** | | | | |
| Account No. <br><br> **Representing:** <br> **Bank of America** | | | **Bank of America** <br> **P.O. Box 53101** <br> **Phoenix, AZ 85072** | | | | |
| Account No. **7021270165179887** <br><br> **Best Buy** <br> **P.O. Box 17298** <br> **Baltimore, MD 21297** | | J | 2003-2007 <br> Credit Card | | | | **3,006.27** |

Sheet no. __**3**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,231.81**

Official Form 6F (10/06) - Cont.

In re   **Michael Aaron Besser,**              Case No. _____
         **Anna Besser**

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5049-9020-0432-5303** <br><br> **Bill Me Later** <br> **P.O. Box 105568** <br> **Atlanta, GA 30348** | | H | **2005-2007** <br> **Credit Card** | | | | 3,209.39 |
| Account No. **4388-6412-8548-4429** <br><br> **Capital One FSB** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130** | | H | **2003-2007** <br> **Credit Card** | | | | 9,238.34 |
| Account No. <br><br> Representing: <br> **Capital One FSB** | | | **Capital One FSB** <br> **P.O. Box 60024** <br> **City Of Industry, CA 91716** | | | | |
| Account No. <br><br> Representing: <br> **Capital One FSB** | | | **Capital One FSB** <br> **P.O. Box 85015** <br> **Richmond, VA 23285-5015** | | | | |
| Account No. **5178-0525-5586-7734** <br><br> **Capital One FSB** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130** | | W | **2005-2007** <br> **Credit Card** | | | | 971.88 |

Sheet no. __4__ of __13__ sheets attached to Schedule of                    Subtotal             13,419.61
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Michael Aaron Besser,**
       **Anna Besser**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Representing:** <br>**Capital One FSB** | | | | **Capital One FS** <br>**P.O. Box 85015** <br>**Richmond, VA 23285-5015** | | | | |
| Account No. <br><br>**Representing:** <br>**Capital One FSB** | | | | **Capital One FSB** <br>**P.O. Box 60024** <br>**City Of Industry, CA 91716** | | | | |
| Account No. **5491-0408-7000-9041** <br><br>**Chase** <br>**P.O. Box 15153** <br>**Wilmington, DE 19850** | | H | | **2003-2007** <br>**Credit Card** | | | | 12,987.12 |
| Account No. <br><br>**Representing:** <br>**Chase** | | | | **Chase** <br>**P.O. Box 15298** <br>**Wilmington, DE 19850** | | | | |
| Account No. **5183-3782-5000-3009** <br><br>**Chase** <br>**P.O. Box 15153** <br>**Wilmington, DE 19850** | | W | | **2003-2007** <br>**Credit Card** | | | | 10,123.83 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,110.95

Official Form 6F (10/06) - Cont.

In re     **Michael Aaron Besser,**
          **Anna Besser**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Chase** | | | | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | | | |
| Account No. **4417-1247-5715-0773**<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19850** | | H | | **2000-2007**<br>**Credit Card** | | | | **9,102.53** |
| Account No.<br><br>**Representing:**<br>**Chase** | | | | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | | | |
| Account No. **4640-1820-1301-6872**<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19850** | | H | | **Credit Card** | | | | **14,336.00** |
| Account No.<br><br>**Representing:**<br>**Chase** | | | | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | | | |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,438.53**

Official Form 6F (10/06) - Cont.

In re    **Michael Aaron Besser,**
         **Anna Besser**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **62104041005** <br><br> **Children's Hospital** <br> **P.O. Box 247036** <br> **Omaha, NE 68124** | | J | **2006** <br> **Medical** | | | | **421.95** |
| Account No. **6011-0084-3149-1049** <br><br> **Discover Card (Corresp)** <br> **P.O. Box 15192** <br> **Wilmington, DE 19850** | | J | **Credit Card** | | | | **11,985.89** |
| Account No. **6011-0018-0009-4866/4900** <br><br> **Discover Card (Corresp)** <br> **P.O. Box 15192** <br> **Wilmington, DE 19850** | | W | **Unknown** <br> **Credit Card - Debtor Anna Besser has no knowledge of this account, but has received collection letters.** | X | X | X | **2,773.45** |
| Account No. <br><br> **Representing:** <br> **Discover Card (Corresp)** | | | **Financial Credit Services** <br> **Ref: 244076-01/Discover** <br> **P.O. Box 1211** <br> **Palatine, IL 60078** | | | | |
| Account No. **6019 1810 2551 4906** <br><br> **G.E. Money Bank** <br> **P.O. Box 981400** <br> **El Paso, TX 79998** | | W | **2006-2007** <br> **Credit Card** | | | | **436.76** |

Sheet no. __**7**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,618.05**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Michael Aaron Besser,**
    **Anna Besser**

Case No. _____

                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: G.E. Money Bank** | | | **G.E. Money Bank** **P.O. Box 960061** **Orlando, FL 32896** | | | | |
| Account No. **5155-9700-0059-0089** **HSBC** **P.O. Box 17051** **Baltimore, MD 21297** | | H | **2005-2007** **Credit Card** | | | | 505.47 |
| Account No. **Representing: HSBC** | | | **HSBC Card Services** **P.O. Box 80084** **Salinas, CA 93912** | | | | |
| Account No. **Representing: HSBC** | | | **HSBC NV** **1441 Schilling Pl.** **Salinas, CA 93901** | | | | |
| Account No. **Representing: HSBC** | | | **HSBC NV** **P.O. Box 19360** **Portland, OR 97280** | | | | |

Sheet no. __8__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

505.47

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Michael Aaron Besser,**                                    Case No. _____
       **Anna Besser**

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **940820806**<br><br>**Kingsize**<br>**P.O. Box 659728**<br>**San Antonio, TX 78265** | | H | **2005-2007**<br>**Credit Card** | | | | **1,386.19** |
| Account No. **4120-6230-0000-9759**<br><br>**Merrick Bank**<br>**P.O. Box 5721**<br>**Hicksville, NY 11802** | | H | **Credit Card**<br>**1999-2007** | | | | **6,700.66** |
| Account No. **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**<br><br>**Nelnet Loan Services**<br>**P.O. Box 17460**<br>**Denver, CO 80217** | | W | **Student Loan** | | | | **14,123.14** |
| Account No. **6044071001135546**<br><br>**PayPal**<br>**P.O. Box 960080**<br>**Orlando, FL 32896** | | H | **2004-2007** | | | | **446.41** |
| Account No. **mbesserm@cs.com**<br><br>**PayPal**<br>**P.O. Box 960080**<br>**Orlando, FL 32896** | | H | | | | | **4,200.00** |

Sheet no. __**9**___ of __**13**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **26,856.40**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Michael Aaron Besser,**
     **Anna Besser**                                       Case No. _____

                                            Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4071-5400-4099-2845**<br><br>**Pentagon Federal Credit Union**<br>**P.O. Box 1432**<br>**Alexandria, VA 22314** | | H | | **Credit Card** | | | | **10,716.04** |
| Account No. **4071-5400-4093-5406**<br><br>**Pentagon Federal Credit Union**<br>**P.O. Box 1432**<br>**Alexandria, VA 22314** | | W | | **Credit Card** | | | | **27,119.63** |
| Account No. **25722643-77-9**<br><br>**Pentagon Federal Credit Union**<br>**P.O. Box 1432**<br>**Alexandria, VA 22314** | | W | | **Overdraft** | | | | **1,228.57** |
| Account No. **6011-3610-5768-9648**<br><br>**Sam's Club Discover**<br>**GE Money Bank**<br>**P.O. Box 981284**<br>**El Paso, TX 79998-1284** | | H | | **2003-2007**<br>**Credit Card** | | | | **1,579.16** |
| Account No.<br><br>**Representing:**<br>**Sam's Club Discover** | | | | **Sam's Club Discover**<br>**P.O. Box 960013**<br>**Orlando, FL 32896** | | | | |

Sheet no. **10** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                         (Total of this page)    **40,643.40**

Official Form 6F (10/06) - Cont.

In re **Michael Aaron Besser,**
    **Anna Besser**

Case No. _____

                                                          ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6011-3610-5341-1633** <br><br> **Sam's Club Discover** <br> **GE Money Bank** <br> **P.O. Box 981284** <br> **El Paso, TX 79998-1284** | | W | **2004-2007** <br> **Credit Card** | | | | **1,767.34** |
| Account No. <br><br> **Representing:** <br> **Sam's Club Discover** | | | **Sam's Club Discover** <br> **P.O. Box 960013** <br> **Orlando, FL 32896** | | | | |
| Account No. **4352-3783-4568-3342** <br><br> **Target** <br> **Retailers National Bank** <br> **P.O. Box 59317** <br> **Minneapolis, MN 55459-0317** | | W | **2003-2007** <br> **Credit Card** | | | | **3,003.63** |
| Account No. **19629066** <br><br> **Wells Fargo Financial** <br> **P.O. Box 98798** <br> **Las Vegas, NV 89193** | | H | **Personal Loan** | | | | **600.00** |
| Account No. <br><br> **Representing:** <br> **Wells Fargo Financial** | | | **Wells Fargo Financial** <br> **4143 121st St.** <br> **Urbandale, IA 50323** | | | | |

Sheet no. \_\_**11**\_\_ of \_\_**13**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,370.97**

Official Form 6F (10/06) - Cont.

In re  **Michael Aaron Besser,**
       **Anna Besser**

Case No. _____

_____,
                                                                 Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No.<br><br>Representing:<br>**Wells Fargo Financial** | | | | **Wells Fargo Financial**<br>**MAC F4008-080**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** | | | | |
| Account No. **74369484**<br><br>**Wells Fargo Financial**<br>**P.O. Box 98798**<br>**Las Vegas, NV 89193** | W | | | **2004-2007** | | | | **325.00** |
| Account No.<br><br>Representing:<br>**Wells Fargo Financial** | | | | **Wells Fargo Financial**<br>**P.O. Box 98788**<br>**Las Vegas, NV 89193** | | | | |
| Account No.<br><br>Representing:<br>**Wells Fargo Financial** | | | | **Wells Fargo Financial**<br>**4143 121st St.**<br>**Urbandale, IA 50323** | | | | |
| Account No. **4071-1000-0911-3535**<br><br>**Wells Fargo Financial**<br>**P.O. Box 98751**<br>**Las Vegas, NV 89193** | H | | | **2006-2007**<br>**Credit Card** | | | | **3,003.63** |

Sheet no. **12** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,328.63**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Michael Aaron Besser,**                  Case No. _____
         **Anna Besser**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Representing: <br> Wells Fargo Financial | | | Wells Fargo Financial <br> 4143 121st St. <br> Urbandale, IA 50323 | | | | |
| Account No. <br><br> Representing: <br> Wells Fargo Financial | | | Wells Fargo Financial <br> MAC F4008-080 <br> 800 Walnut Street <br> Des Moines, IA 50309 | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of           Subtotal          **0.00**
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

                                            Total        **198,583.73**
(Report on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6G
(10/05)

In re  **Michael Aaron Besser,**                                                    Case No. _____
       **Anna Besser**

_____,
                            Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Vladimir Gordin**<br>**2857 Crabtree Lane**<br>**Northbrook, IL 60062** | **Residential Lease**<br>**Expires 7/1/2007** |

_**0**_   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6H
(10/05)

In re   **Michael Aaron Besser,**                                          Case No. _____
        **Anna Besser**
_____,
                                    Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6I (10/06)

| In re | **Michael Aaron Besser** | Case No. | |
| | **Anna Besser** | | |
| | Debtor(s) | | |

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Married** | RELATIONSHIP(S): **Daughter** **Son** **Daughter** | AGE(S): 1 3 3 |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **Loan Officer** | **Education Director** |
| Name of Employer | **Countrywide** | **Beth Judea Synagogue** |
| How long employed | **3 months** | **9 months** |
| Address of Employer | **290 E. Hawthorne Plaza** **Suite 290** **Vernon Hills, IL 60061** | **5304 RFD** **Long Grove, IL 60047** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
| --- | --- | --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,500.00** | $ | **5,565.22** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **2,500.00** | $ | **5,565.22** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **549.80** | $ | **1,026.02** |
| b. Insurance | $ | **23.18** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): **Payroll Advance** | $ | **0.00** | $ | **330.30** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **572.98** | $ | **1,356.32** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,927.02** | $ | **4,208.90** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,927.02** | $ | **4,208.90** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | **6,135.92** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor Anna Besser is expected to receive a 2% pay increase each year in July.**

Official Form 6J (10/06)

In re **Michael Aaron Besser**
**Anna Besser**                                         Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,750.00 |
| a. Are real estate taxes included?  Yes ___   No **X** | | |
| b. Is property insurance included?  Yes ___   No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 400.00 |
|   b. Water and sewer | $ | 60.00 |
|   c. Telephone | $ | 220.00 |
|   d. Other **Cable/Internet** | $ | 109.95 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 175.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | $ | 15.00 |
|   b. Life | $ | 265.00 |
|   c. Health | $ | 0.00 |
|   d. Auto | $ | 175.00 |
|   e. Other **Dental** | $ | 35.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | $ | 365.00 |
|   b. Other **2002 Toyota  RAV4** | $ | 380.00 |
|   c. Other | $ | 0.00 |
|   d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Child Care for three (3) children** | $ | 2,436.00 |
|   Other **Student Loan Payment** | $ | 144.25 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,755.20 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 6,135.92 |
| b. | Average monthly expenses from Line 18 above | $ | 7,755.20 |
| c. | Monthly net income (a. minus b.) | $ | -1,619.28 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Aaron Besser**
     **Anna Besser**                            Case No. _____

                      Debtor(s)            Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
**32** sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 23, 2007**          Signature   **/s/ Michael Aaron Besser**
                                             **Michael Aaron Besser**
                                             Debtor

Date   **April 23, 2007**          Signature   **/s/ Anna Besser**
                                               **Anna Besser**
                                               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Aaron Besser**
**Anna Besser**                    Case No. _____

                                     Debtor(s)              Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,093.55** | **Debtor Michael Besser 2007 YTD income from emploment with Countrywide through 2/28/07** |
| **$1,000.00** | **Debtor Michael Besser 2006 Income from employment with Countrywide** |
| **$9,980.83** | **Debtor Michael Besser 2006 income from employment with Pentagon Federal Credit Union** |
| **$37,722.64** | **Debtor Michael Besser 2005 income from employment with Pentagon Federal Credit Union** |
| **$11,130.44** | **Debtor Anna Besser 2007 YTD income from employment with Congregation Beth Judea, Inc. through 2/28/07** |

| AMOUNT | SOURCE |
|---|---|
| $30,608.71 | Debtor Anna Besser 2006 income from employment with Congregation Beth Judea, Inc. |
| $16,823.07 | Debtor Anna Besser 2006 income from employment with Jewish Day School of Omaha. |
| $840.00 | Debtor Anna Besser 2005 income from employment with Congregation of Temple Israel. |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **American General** P.O. Box 4373 Houston, TX 77210 | 3/13/07 $263.54 On line payment 1/12/07 $263.54 On line payment 2/13/07 $263.54 On line payment | $790.62 | $0.00 |
| **Associated Pediatrics** 1310 Shermer Road Northbrook, IL 60062 | 3/1/07 $140.00 paid by Debit Card | $140.00 | $0.00 |
| **AT&T** P.O. Box 8100 Aurora, IL 60507 | Acct #8477408782 Ongoing monthly utility service 1/31/07 $88.02 On line payment 3/2/07 $87.98 On line payment 3/30/07 $87.98 On line payment | $263.98 | $0.00 |
| **Bank of America** P.O. Box 37279 Baltimore, MD 21297 | 2/2/07 $245.00 On line payment 3/2/07 $241.00 On line payment 3/14/07 $78.00 On line payment | $564.00 | $12,133.90 |
| **Bank of America** P.O. Box 37271 Baltimore, MD 21297 | 1/23/07 $405.00 On line payment 3/2/07 $402.00 On line payment | $807.00 | $14,811.05 |
| **Bank of America** P.O. Box 17322 Baltimore, MD 21297 | 1/16/07 $80.00 On line payment 2/12/07 $86.00 On line payment | $166.00 | $3,483.82 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America**<br>P.O. Box 15726<br>Wilmington, DE 19886 | 1/29/07 $286.00 On line payment<br>3/8/07 $275.00 On line payment<br>3/18/07 $275.00 On line payment | $936.00 | $9,225.54 |
| **Best Buy**<br>P.O. Box 17298<br>Baltimore, MD 21297 | 1/5/07 $88.00 On line payment<br>2/5/07 $89.00 On line payment<br>3/15/07 $88.00 On line payment | $265.00 | $3,006.27 |
| **Bill Me Later**<br>P.O. Box 105568<br>Atlanta, GA 30348 | 1/2/07 $90.00 On line payment<br>1/29/07 $89.00 On line payment<br>3/2/07 $97.00 On line payment | $276.00 | $3,209.39 |
| **Capital One FSB**<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | 1/5/07 $28.00 On line payment<br>2/5/07 $28.00 On line payment<br>3/1/07 $29.00 On line payment | $85.00 | $971.88 |
| **Capital One FSB**<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | 1/22/07 $279.00 On line payment<br>3/2/07 $266.00 On line payment | $545.00 | $9,238.34 |
| **Chase**<br>P.O. Box 15153<br>Wilmington, DE 19850 | 1/23/07 $392.00 On line payment<br>3/2/07 $359.00 On line payment | $751.00 | $10,123.83 |
| **Chase**<br>P.O. Box 15153<br>Wilmington, DE 19850 | 1/20/07 $600.00 On line payment<br>3/2/07 $631.00 On line payment | $1,231.00 | $12,987.12 |
| **Chase**<br>P.O. Box 15153<br>Wilmington, DE 19850 | 1/16/07 $2,800.00 On line payment<br>2/15/07 $2,725.76 On line payment<br>3/15/07 $2,800.00 On line paymnt | $8,325.76 | $14,336.00 |
| **Chase**<br>P.O. Box 15153<br>Wilmington, DE 19850 | 1/31/07 $499.85 On line payment<br>3/5/07 $321.00 On line payment | $820.85 | $9,102.53 |
| **Com Ed**<br>Attn: Credit Dept.<br>2100 Swift Dr.<br>Oak Brook, IL 60523 | Acct #2171057035<br>Ongoing monthly utility service<br>1/18/07 Chk #1246 $75.51<br>2/22/07 Chk #1259 $95.75<br>3/31/07 Chk #1280 $95.75 | $267.01 | $0.00 |
| **DirectTV, Inc.**<br>Business Service Center<br>P.O. Box 5392<br>Miami, FL 33152 | 1/23/07 $95.95 On line payment<br>3/2/07 $95.95 On line payment<br>3/26/07 $100.95 On line payment | $292.85 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Discover Card (Corresp) P.O. Box 15192 Wilmington, DE 19850 | 1/8/07 $235.00 On line payment 2/8/07 $235.00 On line payment 3/13/07 $235.00 On line payment | $705.00 | $11,985.89 |
| G.E. Money Bank P.O. Box 981400 El Paso, TX 79998 | 1/28/07 $21.00 On line payment 3/5/07 $22.00 On line payment | $43.00 | $436.76 |
| HSBC P.O. Box 17051 Baltimore, MD 21297 | 1/5/07 $16.00 On line payment 2/5/07 $17.00 On line payment | $33.00 | $505.47 |
| JCC Childcare 370 West Half Day Road Buffalo Grove, IL 60089 | Monthly child care expenses for three (3) children under the age of 5 1/15/07 $2,436.00 On line payment 2/15/07 $2,436.00 On line payment 3/15/07 $2,436.00 On line paymnet | $7,308.00 | $0.00 |
| Kingsize P.O. Box 659728 San Antonio, TX 78265 | 1/5/07 $85.00 On line payment 2/20/07 $55.00 On line payment 3/14/07 $65.00 On line payment | $205.00 | $1,386.19 |
| Merrick Bank P.O. Box 5721 Hicksville, NY 11802 | 1/23/07 $204.00 On line payment 3/2/07 $205.00 On line payment | $409.00 | $6,700.66 |
| Midas | Vehicle repairs 3/26/07 Chk #1276 | $458.96 | $0.00 |
| Nelnet Loan Services P.O. Box 17460 Denver, CO 80217 | Student loan payments 1/31/07 $144.25 On line payment 3/2/07 $144.25 On line payment 3/30/07 $144.25 On line payment | $432.75 | $14,331.99 |
| Nicor Gas Attn:  Bankruptcy & Collections P.O. Box 549 Aurora, IL 60507 | Acct #85003919934 Ongoing monthly utility service 1/9/07 Chk #1242 $180.01 2/8/07 Chk #1255 $315.62 3/15/07 Chk #1272 315.62 | $811.25 | $0.00 |
| PayPal P.O. Box 960080 Orlando, FL 32896 | 1/10/07 $19.00 On line payment 2/13/07 $18.00 On line payment 3/15/07 $19.00 On line payment | $56.00 | $446.41 |
| Pentagon Federal Credit Union P.O. Box 1432 Alexandria, VA 22314 | 1/10/07 $225.00 On line payment 2/14/07 $225.00 On line payment 3/15/07 $218.00 On line payment | $668.00 | $10,716.04 |

5

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| Pentagon Federal Credit Union<br>P.O. Box 1432<br>Alexandria, VA 22314 | 1/16/07 $555.00 On line payment<br>2/16/07 $549.05 On line payment<br>3/27/07 $542.00 On line payment | $1,646.05 | $27,119.02 |
| Pentagon Federal Credit Union<br>P.O. Box 1432<br>Alexandria, VA 22314 | 2/5/07 $31.00 On line payment<br>3/31/07 $31.00 On line payment | $61.00 | $1,228.57 |
| Pentagon Federal Credit Union<br>P.O. Box 1432<br>Alexandria, VA 22314 | Regular monthly automobile payments<br>1/3/07 $378.01 On line payment<br>2/5/07 $377.00 On line payment<br>3/31/07 $377.00 On line payment | $1,132.01 | $16,009.88 |
| Round Lake Village<br>1947 N. Municipal<br>Round Lake, IL 60073 | Ongoing monthly utility service<br>1/22/07 Chk #1250 $52.10<br>2/20/07 Chk #1261 $52.10<br>3/31/07 Chk #1281 $52.10 | $156.30 | $0.00 |
| Sam's Club Discover<br>GE Money Bank<br>P.O. Box 981284<br>El Paso, TX 79998-1284 | 1/17/07 $80.00 On line payment<br>2/15/07 $52.00 On line payment | $132.00 | $1,767.34 |
| Sam's Club Discover<br>GE Money Bank<br>P.O. Box 981284<br>El Paso, TX 79998-1284 | 1/23/07 $74.00 On line payment<br>2/7/07 $45.00 On line payment<br>3/31/07 $46.00 On line payment | $165.00 | $1,579.16 |
| Sprint PCS<br>P.O. Box 219554<br>Kansas City, MO 64121-9554 | 1/31/07 $105.11 On line payment<br>3/2/07 $120.87 On line payment<br>3/30/07 $105.08 On line payment | $331.06 | $0.00 |
| State Farm<br>1919 N. Route 83<br>Round Lake, IL 60073 | Acct #6541807<br>Regular monthly insurance payments<br>1/22/07 Chk #1247 $111.76<br>2/21/07 Chk #1260 $111.76<br>3/31/07 Chk #1279 $111.76 | $335.28 | $0.00 |
| Target<br>Retailers National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459-0317 | 1/22/07 $119.45 On line payment<br>3/2/07 $85.00 On line payment | $204.45 | $3,003.63 |
| Wells Fargo Financial<br>P.O. Box 98751<br>Las Vegas, NV 89193 | 1/9/07 $73.00 On line payment<br>2/7/07 $74.00 On line payment<br>3/14/07 $80.00 On line payment | $227.00 | $3,003.63 |
| Wells Fargo Financial<br>P.O. Box 98798<br>Las Vegas, NV 89193 | 1/8/07 Chk #1243 $25.00<br>2/13/07 Chk #1257 $25.00<br>3/15/07 Chk #1271 $25.00 | $75.00 | $325.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Financial**<br>**P.O. Box 98798**<br>**Las Vegas, NV 89193** | **1/3/07 Chk #1240 $40.00**<br>**2/2/07 $40.00 On line payment** | **$80.00** | **$600.00** |
| **WFS Financial**<br>**P.O. Box 25341**<br>**Santa Ana, CA 92799** | **Regular monthly automobile payments**<br>**1/17/07 $369.74 On line payment**<br>**2/16/07 $369.74 On line payment**<br>**3/26/07 $369.74 On line payment** | **$1,109.22** | **$16,387.14** |
| **Vladimir Gordin**<br>**2857 Crabtree Lane**<br>**Northbrook, IL 60062** | **Regular monthly residential lease payments**<br>**12/3/06 Chk #1227 $1,750.00**<br>**1/22/07 Chk #1245 $1,750.00**<br>**2/21/07 Chk #1254 $1,750.00**<br>**3/14/07 Chk #1267 $1,750.00** | **$5,250.00** | **$0.00** |

None ■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None □   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The State of Nebraska v. Michael A. Besser Doc. 169 No. 403** | **Criminal** | **District Court of Douglas County, Nebraska** | **Dismissed 10/11/2006** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Goodwill** <br> **Omaha, NE** | **None** | **7/1/06** | **Clothing $1,200.00** |
| **St. Vincent DePaul Catholic Church** <br> **Omaha, NE** | **None** | **6/2/06** | **Furniture $3,500.00** |

**8. Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

8

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Money Management International, Inc.** | **March 29, 2007** | **$50.00 Mandatory credit counseling for Debtor, Michael Besser** |
| **Money Management International, Inc.** | **March 29, 2007** | **$50.00 Mandatory credit counseling for Debtor, Anna Besser** |
| **Richards, Ralph & Schwab, Chartered 175 E. Hawthorn Parkway, Suite 345 Vernon Hills, IL 60061** | **March 30, 2007** | **$2,500.00 Bankruptcy retainer** |
| **Richards, Ralph & Schwab, Chartered 175 E. Hawthorn Parkway, Suite 345 Vernon Hills, IL 60061** | **March 30, 2007** | **$299.00 Bankruptcy filing fee** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Joanna R. Grooms 14471 Sahler Plz., #207 Omaha, NE 68116   None** | **8/30/06** | **Sale of 4202 N. 157th Ave. Omaha, NE 68116 Cash From Seller <$38,873.83> No proceeds were realized** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

9

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Michael A. Besser FBO Miriam A. Besser<br>593 W. Galeton Dr.<br>Round Lake, IL 60073 | 529 College Savings Plan<br>$1041.45 as of December 31, 2006 | Franklin Templeton Investments<br>Acct #0000932160<br>Franklin Templeton Dist., Inc.<br>P.O. Box 997153<br>Sacramento, CA 95899-9974 |
| Michael A. Besser FBO Robert D. Besser<br>593 W. Galeton Dr.<br>Round Lake, IL 60073 | 529 College Savings Plan<br>$974.18 | Franklin Templeton Investments<br>Acct # 0000932152<br>Franklin Templeton Dist. Inc.<br>P.O. Box 997153<br>Sacramento, CA 95899-9974 |

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 4202 N. 157th Ave.<br>Omaha, NE 68116 | Michael Besser<br>Anna Besser | 1/2004 - 7/2006 |

### 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Anna Besser**

10

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

11

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                            DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 23, 2007**                    Signature   **/s/ Michael Aaron Besser**
                                                         **Michael Aaron Besser**
                                                         Debtor

Date  **April 23, 2007**                    Signature   **/s/ Anna Besser**
                                                         **Anna Besser**
                                                         Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael Aaron Besser**
     **Anna Besser**                            Case No. _____

                                      Debtor(s)                Chapter    **7**    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2002 Toyota RAV4 54000 miles**<br><br>**Kelley Blue Book Trade-In Value $9125.00**<br>**Kelley Blue Book SRV - $14,215.00** | **Pentagon Federal Credit Union** | | | | **X** |
| **2004 Mercury Monterey Minivan 51000 miles**<br><br>**Kelley Blue Book Trade-In Value 8,950.00**<br>**Kelley Blue Book SRV $13,290.00** | **WFS Financial** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **Residential Lease Expires 7/1/2007** | **Vladimir Gordin** | **X** |

Date   **April 23, 2007**  _____      Signature   **/s/ Michael Aaron Besser**
                                                **Michael Aaron Besser**
                                                Debtor

Date   **April 23, 2007**  _____      Signature   **/s/ Anna Besser**
                                                **Anna Besser**
                                                Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Michael Aaron Besser**
      **Anna Besser**
                                         Case No. _____
                                   Debtor(s)      Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................... $ _____**2,500.00**

    Prior to the filing of this statement I have received ...................................... $ _____**0.00**

    Balance Due ..................................................................................................... $ _____**2,500.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed;**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any discharge or dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, no tax, estate planning, civil or criminal litigation.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 23, 2007**                        **/s/ Michael L. Ralph**
                                                   **Michael L. Ralph 2279304**
                                                   **Richards, Ralph & Schwab, Chartered**
                                                   **175 East Hawthorn Parkway**
                                                   **Vernon Hills, IL 60061**
                                                   **847-367-9699  Fax: 847-367-9621**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Michael L. Ralph 2279304 | X /s/ Michael L. Ralph            April 23, 2007 |
| Printed Name of Attorney | Signature of Attorney            Date |
| Address: | |
| 175 East Hawthorn Parkway | |
| Vernon Hills, IL 60061 | |
| 847-367-9699 | |

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| Michael Aaron Besser | |
| Anna Besser | X /s/ Michael Aaron Besser            April 23, 2007 |
| Printed Name of Debtor | Signature of Debtor            Date |
| | |
| Case No. (if known) _____ | X /s/ Anna Besser            April 23, 2007 |
| | Signature of Joint Debtor (if any)            Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Aaron Besser**
     **Anna Besser** _____

Debtor(s)

Case No. _____

Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **42**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 23, 2007** _____

/s/ **Michael Aaron Besser** _____
**Michael Aaron Besser**
Signature of Debtor

Date:   **April 23, 2007** _____

/s/ **Anna Besser** _____
**Anna Besser**
Signature of Debtor

Ameriprise
8700 W. Bryn Mawr Ave.
Suite 1000N
Chicago, IL 60631


Associated Pediatrics
1310 Shermer Road
Northbrook, IL 60062


Bank of America
P.O. Box 37271
Baltimore, MD 21297


Bank of America
P.O. Box 37279
Baltimore, MD 21297


Bank of America
P.O. Box 17322
Baltimore, MD 21297


Bank of America
P.O. Box 15726
Wilmington, DE 19886


Bank of America
P.O. Box 2463
Spokane, WA 99210


Bank of America
P.O. Box 15480
Wilmington, DE 19850


Bank of America
P.O. Box 53101
Phoenix, AZ 85072


Best Buy
P.O. Box 17298
Baltimore, MD 21297


Bill Me Later
P.O. Box 105568
Atlanta, GA 30348

```
Capital One FS
P.O. Box 85015
Richmond, VA 23285-5015


Capital One FSB
P.O. Box 30285
Salt Lake City, UT 84130


Capital One FSB
P.O. Box 60024
City Of Industry, CA 91716


Capital One FSB
P.O. Box 85015
Richmond, VA 23285-5015


Chase
P.O. Box 15153
Wilmington, DE 19850


Chase
P.O. Box 15298
Wilmington, DE 19850


Children's Hospital
P.O. Box 247036
Omaha, NE 68124


Discover Card (Corresp)
P.O. Box 15192
Wilmington, DE 19850


Financial Credit Services
Ref: 244076-01/Discover
P.O. Box 1211
Palatine, IL 60078


G.E. Money Bank
P.O. Box 981400
El Paso, TX 79998


G.E. Money Bank
P.O. Box 960061
Orlando, FL 32896
```

HSBC
P.O. Box 17051
Baltimore, MD 21297


HSBC Card Services
P.O. Box 80084
Salinas, CA 93912


HSBC NV
1441 Schilling Pl.
Salinas, CA 93901


HSBC NV
P.O. Box 19360
Portland, OR 97280


Kingsize
P.O. Box 659728
San Antonio, TX 78265


Merrick Bank
P.O. Box 5721
Hicksville, NY 11802


Nebraska Department of Revenue
Nebraska State Office Building
1313 Farnam-on-the-Mall
Omaha, NE 68102


Nelnet Loan Services
P.O. Box 17460
Denver, CO 80217


PayPal
P.O. Box 960080
Orlando, FL 32896


Pentagon Federal Credit Union
P.O. Box 1432
Alexandria, VA 22314


Sam's Club Discover
GE Money Bank
P.O. Box 981284
El Paso, TX 79998-1284

```
Sam's Club Discover
P.O. Box 960013
Orlando, FL 32896


Target
Retailers National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317


Vladimir Gordin
2857 Crabtree Lane
Northbrook, IL 60062


Wells Fargo Financial
P.O. Box 98798
Las Vegas, NV 89193


Wells Fargo Financial
P.O. Box 98751
Las Vegas, NV 89193


Wells Fargo Financial
4143 121st St.
Urbandale, IA 50323


Wells Fargo Financial
MAC F4008-080
800 Walnut Street
Des Moines, IA 50309


Wells Fargo Financial
P.O. Box 98788
Las Vegas, NV 89193


WFS Financial
P.O. Box 25341
Santa Ana, CA 92799
```